UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLENNI PEREZ & ARIEL KELLY,**

       **Plaintiff,**

                                              **CASE NO.: 6:23-cv-02408-PGB-RMN**

**v.**

**GREAT LAKES INSURANCE SE,**

       **Defendant.**
_____/

## NOTICE OF SETTLEMENT

     This Notice is to advise that Plaintiff and Defendant have entered into a voluntary and amicable settlement of this case.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 19th day of January 2024:

Joel W. Morgan
Butler Snow LLP
919 East Main Street, Suite 600
Richmond, VA 23219
Direct: (804) 762-6027
E: joel.morgan@butlersnow.com

                                            PROPERTY LITIGATION GROUP, PLLC
                                            *Attorneys for Plaintiff*
                                            Email: vv@plglawyersfl.com
                                            Paralegal: mferreira@plglawyersfl.com

                                            By: ***/s/ Vin Roy Venkatesh, Esq.***
                                            Vin Roy Venkatesh, Esq.
                                            FBN: 123711